**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01554-CV

**WALTER S. MITCHELL III, Appellant**

**V.**

**DALLAS COUNTY ET AL, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-02171**

## ORDER

We **GRANT** appellant's March 26, 2013 motion to correct his brief. Appellant mistakenly placed the incorrect appellate cause number on his brief that was filed on March 21, 2013. We **DIRECT** the Clerk of the Court to transfer the brief and the March 21, 2013 defective brief notice from appellate cause number 05-12-01681-CV to appellate cause number 05-12-01554-CV. We **ORDER** appellant to file, **within thirty days of the date of this order**, an amended brief correcting the deficiencies noted in this Court's March 21, 2013 letter.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE